IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              No. 4:16-mc-1-DPM

ONE FINANCIAL CORPORATION                                         DEFENDANT

ONE BANK & TRUST, N.A. and
TOM PRINCE, Special Administrator
of the Estate of Layton P. Stuart                                 RESPONDENTS

ORDER

Motion to transfer, № 10, granted. 28 U.S.C. § 1404(a). This case is transferred to the United States District Court for the Western District of Arkansas.

So Ordered.

D.P. Marshall Jr.
United States District Judge

21 March 2016