IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 4:16-mc-1-DPM

ONE FINANCIAL CORPORATION                                             DEFENDANT

ONE BANK & TRUST, N.A. and
TOM PRINCE, Special Administrator
of the Estate of Layton P. Stuart                                     RESPONDENTS

AMENDED ORDER

Motion to transfer, № 10, granted. 28 U.S.C. § 1404(a). The Court directs the Clerk to immediately* transfer this case to the United States District Court for the Western District of Arkansas.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

22 March 2016

---

*There is no need to delay transfer because both courts are within the Eighth Circuit. *In re Nine Mile Ltd.*, 673 F.2d 242, 243 (8th Cir. 1982).